UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICIA WALKER, and on behalf of herself and all those similarly situated,<br><br>Plaintiff,<br>v.<br><br>VITAL RECOVERY SERVICES, INC., VITAL SOLUTIONS, INC., AND CHRISTOPHER J. SHULER,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 1:13-CV-00534-AT |

## CONSENT ORDER

The Parties have filed a Joint Motion to Stay Discovery, Grant Conditional Collective-Action Certification, and Order Notice to the Class ("Joint Motion") (Doc. \_\_). Also before the Court is the Plaintiff's Motion for Conditional Collective-Action Certification and Notice to the Class ("Plaintiff's Motion for Conditional Certification") (Doc. 16).

For the reasons set forth in the Parties' Joint Motion and Plaintiff's Motion for Conditional Certification, the recommendation of counsel for the parties, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Conditional Certification is granted under the terms of, and for the purposes set out in, the Parties' Joint Motion. The

putative class shall consist of all current and former persons employed as a debt collector by Defendants at any time during the three years prior to the entry of this Order conditionally certifying this matter and directing the issuance of notice.

2.      The parties shall follow the procedure and terms for: sending notice to the class; providing a list of putative class members; the notice process; the opt-in period; and providing opt-in plaintiff information, as set out in the Parties' Joint Motion, paragraphs 8-12.

3.      This matter is stayed for purposes of formal discovery until September 30, 2013.

4.      The Parties shall submit a Joint Report and Proposed Scheduling Order to the Court no later than October 14, 2013.  The Joint Report shall inform the Court about the status of this action and, if necessary, include a proposed scheduling order containing deadlines that address any outstanding issues.

DATED: This __12th__ day of __June_____, 2013.

_____
HONORABLE AMY TOTENBERG
United States District Judge