# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:13-cv-00534-AT**
**Walker v. Vital Recovery Services, Inc. et al**
**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Chambers on 07/11/2013.

TIME COURT COMMENCED: 11:34 A.M.
TIME COURT CONCLUDED: 11:47 A.M.    COURT REPORTER: David Ritchie
TIME IN COURT: 00:13                DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:    Mitchell Feldman representing Roshanna Smith
                        Alan Garber representing Patricia Walker
                        Alan Garber representing Starr Harrison
                        Beth Moeller representing Vital Recovery Services, Inc.
                        Beth Moeller representing Vital Solutions, Inc.
                        Beth Moeller representing Christopher J. Shuler
                        Daniel Turner representing Vital Recovery Services, Inc.
                        Daniel Turner representing Vital Solutions, Inc.
                        Daniel Turner representing Christopher J. Shuler

PROCEEDING CATEGORY:    Telephone Conference

MOTIONS RULED ON:   [33]Motion to Certify Class DENIED AS MOOT