# EXHIBIT 3

Language to Appear on the Front of the Envelope Containing the Notice Packet addressed to Putative Class Members, below the Return Address of the Claims Administrator:

**LEGAL NOTICE:**
**UNPAID OVERTIME LAWSUIT**
**AGAINST VITAL RCOVERY SERVICES**
- Your prompt attention is required.