IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAVERN LYNN, *et al*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 1:13-cv-0534-AT |
| VITAL RECOVERY SERVICES, *et al*.,) | |
| ) | |
| Defendants. ) | |

## ORDER

The above-styled case is before the Court on the Plaintiffs' Unopposed Motion For An Order Approving The Settlement of Fair Labor Standards Act Collective Action, Approving And Authorizing The Issuance Of Notice Of Settlement, Approving A Service Award, And Approving Attorney's Fees And Costs. The Court has reviewed both (i) the proposed Joint Stipulation of Settlement and Release, and (ii) the proposed Notice of Settlement and Opportunity to Participate (the "Notice"). For the reasons set forth in the Plaintiffs' unopposed motion, the Court finds that the parties' settlement represents a fair and reasonable resolution of their dispute and that the proposed Notice should be issued to all eligible opt-in plaintiffs in the manner specified in the Plaintiffs' motion.

Accordingly, the Plaintiffs' Unopposed Motion is **GRANTED** and the parties' Joint Stipulation of Settlement and Release and Notice of Settlement

and Opportunity to Participate are **APPROVED** and incorporated herein by reference.

As to all opt-ins who accept their settlement checks, their claims against Defendants are deemed dismissed with prejudice 10 days after the opt-in's negotiation of their check.  As to all opt-ins who do not accept their settlement checks within the 60 day period allowed in the Notice, their claims against Defendants are deemed dismissed without prejudice 10 days after the expiration of such period.

This Court shall retain jurisdiction over this matter until the terms set forth in the Joint Stipulation of Settlement and Release have been complied with in full.

The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this __13th__ day of __November__, 2015.

_____
**Amy Totenberg**
**United States District Judge**